# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

In re: Condemnation by Newtown Township :     No. 752 C.D. 2022
Delaware County, Municipal Authority, of : 
a Permanent Easement Across the Property : 
located at 4700 W. Chester Pike, Newtown : 
Township, Delaware County, PA : 
                                                : 
Folio Number: 30-00-02906-01 : 
Tax Map Number: 30-34-001-00 : 
                                                  : 
Dorothy Rafferty, Condemnee : 
                                                  : 
Newtown Township, Delaware County, : 
Municipal Authority, Condemnor : 
                                                  : 
Appeal of: Dorothy Rafferty : 

**PER CURIAM**                             **O R D E R**

NOW, February 14, 2023, having considered Appellant's application for reargument and Appellee's answer in response thereto, the application is DENIED.